JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA GUEVARA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 2:16-cv-07718-JGB-KES<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation (Dkt. 25), the decision of the Commissioner of the Social Security Administration is reversed and this action is remanded for further proceedings consistent with the Report and Recommendation.

DATED: January 25, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE